IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDITH N. HART**                                                                                    **PLAINTIFF**

v.                                       **CASE NO. 4:24-CV-00714-BSM**

**LITTLE ROCK SCHOOL
DISTRICT,** *et al.*                                                                                **DEFENDANTS**

**ORDER**

Judith Hart has paid the filing fee and initiated this pro se discrimination case. Doc. Nos. 1 & 5. The Clerk of Court is directed to issue summonses for defendants and mail them to Hart for completion of service. Under Federal Rule of Civil Procedure 4(c)(1) and (m), Hart must serve defendants with a copy of her complaint and summons within ninety days of filing. Due to the late issuance of summonses, however, the service deadline is sua sponte extended ninety days. Accordingly, Hart must serve defendants with a copy of complaint and summons by Tuesday, December 3, 2024. Notice is hereby given to Hart that this action will be dismissed unless proof of service is filed on or before Tuesday, December 3, 2024, or she establishes good cause for the failure to serve summonses and complaint on the defendants. *See* Fed. R. Civ. P. 4(l)(1); Local Rule 5.5(c)(2).

Hart is hereby notified Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires pro se litigants to (1) promptly notify the court of any change of address; (2) monitor the progress of the case; and (3) prosecute or defend the action diligently. Failure by a pro se plaintiff to respond to any communication within thirty days may result in dismissal.

IT IS SO ORDERED this 4th day of September, 2024.

                                                _____
                                                UNITED STATES DISTRICT JUDGE