IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDITH N. HART**                                                                                                          **PLAINTIFF**

v.                                            **CASE NO. 4:24-CV-00714-BSM**

**LITTLE ROCK SCHOOL
DISTRICT,** *et al.*                                                                                                    **DEFENDANTS**

## ORDER

Judith Hart has not provided a mailing address for defendant Johnny Key. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is plaintiff's responsibility to provide valid service information so that summons can be issued). Hart has thirty days to file Key's address with the Clerk of Court. On receipt of the mailing address, the clerk is directed to issue summons for Key at the address provided and return it to Hart for completion of service. If Hart fails to provide a valid service address, and Key is not otherwise served in the time allowed, Hart's claims against Key will be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 5th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE